IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DOMINION RESOURCE SERVICES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:09-CV-00315 |
| ) | |
| 5 K LOGISTICS, INC., ) | |
| ) | |
| Defendant and Third-Party Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| DAILY EXPRESS, INC. ) | |
| ) | |
| Third-Party Defendant. ) | |

## 5K LOGISTICS, INC.'S EXHIBIT LIST

COMES NOW, Defendant and Third-Party Plaintiff 5K Logistics, Inc. ("5K"), by counsel, and pursuant to the Court's Scheduling and Jury Pretrial Order, and submits the following list of proposed exhibits for trial:

| Exhibit # | Description |
|---|---|
| 1 | Bill of Lading No. 12111 (dated 5/4/06) from Thermal Engineering International to Cove Point, previously introduced as Exhibit #7 in the Rule 30(b)(6) deposition of Dominion, designee Greg Hanner. |
| 2 | Bill of Lading No. 12112 (dated 5/4/06) from Thermal Engineering International to Cove Point, previously introduced as Exhibit #8 in the Rule 30(b)(6) deposition of Dominion, designee Greg Hanner. |
| 3 | 5K Logistics Rate Agreement, previously included as Attachment A to the Affidavit of Vicki Witter, attached in support of Daily Express, Inc.'s Memorandum in Support of its Motion to Dismiss. |
| 4 | Daily Express Bill of Lading No. 6518609 (dated 8/24/06) from Dominion Power, Chambersburg to Covepoint Station, previously introduced as Exhibit #9 in the Rule 30(b)(6) deposition of Dominion, designee Greg Hanner. |

| | |
|---|---|
| 5 | Daily Express Bill of Lading No. 6518666 (dated 8/24/06) from Dominion Power, Chambersburg, PA to Dominion Power at Lusby, MD, previously introduced as Exhibit #10 in the Rule 30(b)(6) deposition of Dominion, designee Greg Hanner. |
| 6 | Letter of November 14, 2006 from Paul McGrath to Daily Express, Attn: Claims Department, with attachments, previously included as Exhibit A to the Declaration of Paul McGrath, attached in support of 5K's Brief in Opposition to DXI's Motion to Dismiss. |
| 7 | Letter of November 27, 2006 from Vicki Witter to Paul McGrath, previously included as Attachment F to the Affidavit of Vicki Witter, attached in support of Daily Express, Inc.'s Memorandum in Support of its Motion to Dismiss. |
| 8. | State of Maryland Motor Vehicle Accident Report dated 8/24/06, previously introduced as Exhibit # 8 at the deposition of Richard Gilmore. |
| 9. | Daily Express Bill of Lading No. 6521561 (dated 8/25/06) from Dominion Power, Lusby, MD to Dominion Power, Chambersburg, PA, previously introduced as Exhibit #9 in the deposition of Richard Gilmore. |
| 10 | Bill of Lading No. 6604482 (dated 9/11/06) Dominion Transmission, Chambersburg, PA to Thermal Engineering International, Royersford, PA, previously introduced as Exhibit #10 in the deposition of Richard Gilmore. |
| 11. | Photograph of undamaged tube bundle shipped along with the bundle in question on August 24, 2006, previously introduced as Exhibit #20 in the Rule 30(b)(6) deposition of Dominion, designee Steve Carroll. |
| 12. | Photograph of the damaged tube bundle in question. |
| 13. | Photograph of the damaged tube bundle in question, previously introduced as Exhibit #19 in the Rule 30(b)(6) deposition of Dominion, designee Steve Carroll. |
| 14. | Photograph of the damaged tube bundle in question. |
| 15. | Photograph of the damaged tube bundle in question. |
| 16 | Photograph of the damaged tube bundle in question. |
| 17 | Photograph of the damaged tube bundle in question. |

| | |
|---|---|
| 18 | Photograph of the damaged tube bundle in question. |
| 19 | Photograph of the damaged tube bundle in question. |
| 20 | Photograph of the damaged tube bundle in question. |
| 21 | Selected portions of transcript of the deposition of Mark Steven Eyer, Rule 30(b)(6) designee of Daily Express, Inc., dated January 28, 2010. |
| 22 | Selected portions of the transcript of the deposition of Richard Gilmore, dated January 4, 2010. |
| 23 | Selected portions of transcript of the deposition of John Gregory Hanner, Rule 30(b)(6) designee of Dominion, dated December 30, 2009. |
| 24 | Selected portions of transcript of the deposition of Raymond A. Hummer, Jr., Rule 30(b)(6) designee of 5K Logistics, Inc., dated January 8, 2010. |

Respectfully submitted,

**5K LOGISTICS, INC.**

By: _____/s/_____.
Mark T. Coberly
Virginia State Bar Number 18136
Anne G. Bibeau
Virginia State Bar Number 41488
Attorney for 5K Logistics, Inc.
Vandeventer Black LLP
101 W. Main Street
500 World Trade Center
Norfolk, VA 23510
Phone: 757-446-8600
Facsimile: 757-446-8670
mcoberly@vanblk.com
abibeau@vanblk.com
and
Sean M. Golden
Virginia State Bar Number 76776
Attorney for 5K Logistics, Inc.
Vandeventer Black LLP
707 East Main Street, Suite 1700
P.O. Box 1558

Richmond, VA 23218-1558
Phone: 804-237-8800
Facsimile: 804-237-8801
sgolden@vanblk.com

*Counsel for Defendant and Third-Party Plaintiff 5K Logistics, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

K. Lorraine Lord, Esq.
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
llord@mcguirewoods.com
*Counsel for Plaintiff Dominion Resource Services, Inc.*

Rebecca J. Dannenberg, Esq.
Robert G. Rothstein, Esq.
Franklin & Prokopic, P.C.
2325 Dulles Corner Blvd., Suite 1150
Herndon, VA 20171
rdannenberg@fandpnet.com
rrothstein@fandpnet.com
*Counsel for Third-party Defendant Daily Express, Inc.*

By:     /s/
Sean M. Golden
Virginia State Bar Number 76776
Attorney for 5K Logistics, Inc.
Vandeventer Black LLP
707 East Main Street, Suite 1700
P.O. Box 1558
Richmond, VA 23218-1558
Phone: 804-237-8800
Facsimile: 804-237-8801
sgolden@vanblk.com

*Counsel for Defendant and Third-Party Plaintiff 5K Logistics, Inc.*

4844-2584-0645, v. 1