IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DOMINION RESOURCES SERVICES, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 3:09-CV-00315 |
| 5 K LOGISTICS, INC., | ) |
| Defendant and Third-Party Plaintiff, | ) |
| v. | ) |
| THERMAL ENGINEERING INTERNATIONAL USA, INC., | ) |
| and | ) |
| DAILY EXPRESS, INC., | ) |
| Third-Party Defendants. | ) |

## DAILY EXPRESS, INC.'s LIST OF PROPOSED EXHIBITS

Pursuant to the Court's Scheduling and Jury Pretrial Order, Third-Party Defendant Daily Express, Inc., files the following list of proposed exhibits that it may introduce at trial. Each of these exhibits has previously been disclosed to, or is known to exist by, Defendant/Third-Party Plaintiff 5K Logistics, Inc.

1. 5K Logistics, Inc., Rate Agreement, bearing File No. 2100008649, previously appended as Attachment A to Affidavit of Vicki Witter (Doc. No. 66-3).

2. Straight Bill of Lading No. 6518609, issued by Daily Express, Inc., bearing a date of 8/24/06, previously appended as Attachment B to Affidavit of Vicki Witter (Doc. No. 66-3).

3. Straight Bill of Lading No. 6518666, issued by Daily Express, Inc., bearing a date of 8/24/06, identified as No. 5 on 5K Logistics, Inc.'s, Exhibit List.

4. Daily Express, Inc.'s Rules Tariff, portions of which have been appended to Affidavit of Vicki Witter (Doc. No. 66-3), referenced during the deposition of Mark Eyer, and produced to counsel for Defendant/Third-Party Plaintiff.

5. Letter dated November 14, 2006, from Paul McGrath to Daily Express, Inc., Attn: Claim Department, previously appended as Attachment E to Affidavit of Vicki Witter (Doc. No. 66-3).

6. Letter dated November 27, 2006, from Vicki A. Witter to 5K Logistics, Inc., Attention: Paul McGrath, previously appended as Attachment F to Affidavit of Vicki Witter (Doc. No. 66-3).

7. State of Maryland Motor Vehicle Accident Report dated 8/24/06, identified as No. 8 on 5K Logistics, Inc.'s, Exhibit List.

8. Selected portions of transcript of the deposition of Raymond A. Hummer, Jr., Rule 30(b)(6) designee of 5K Logistics, Inc., as disclosed in Daily Express, Inc.'s, Designation of Deposition Testimony (Doc. No. 104), and other portions for impeachment and rebuttal.

9. Selected portions of transcript of the deposition of Paul McGrath, Rule 30(b)(6) designee of 5K Logistics, Inc. , as disclosed in Daily Express, Inc.'s, Designation of Deposition Testimony (Doc. No. 104), and other portions for impeachment and rebuttal.

10. Selected portions of transcript of the deposition of Mark Steven Eyer, Rule 30(b)(6) designee of Daily Express, Inc. , as disclosed in Daily Express, Inc.'s, Designation of Deposition Testimony (Doc. No. 104).

11. Selected portions of transcript of the deposition of Richard Gilmore, , as disclosed in Daily Express, Inc.'s, Designation of Deposition Testimony (Doc. No. 104).

Respectfully submitted,

Daily Express, Inc.

By counsel

/s/
_____

Rebecca L. Dannenberg
Virginia Bar Number 46787

Robert G. Rothstein
Virginia Bar Number 36681

*Attorneys for Third-Party Defendant*
*Daily Express, Inc.*

FRANKLIN & PROKOPIK, P.C.
2325 Dulles Corner Blvd.
Suite 1150
Herndon, Virginia  20171
Telephone: 703 – 793 – 1800
Telecopier: 703 – 793 – 0298
Email: rdannenberg@fandpnet.com
Email: rrotherstein@fandpnet.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this Ninth day of March, 2010, I will electronically file the foregoing *Daily Express, Inc.'s, List of Proposed Exhibits* with the Clerk of the Court for the Eastern District of Virginia using the CM/ECF system, which will then send a Notification of Electronic Filing (NEF) to all counsel of record, including the following:

Mark T. Coberly, Esquire
Vandeventer Black LLP
500 World Trade Ctr.
Norfolk, VA 23510
mcoberly@vanblk.com

Mark S. Brennan, Sr., Esquire
Vandeventer Black LLP
707 E. Main St.
P.O. Box 1558
Richmond, VA 23218-1158
mbrennan@vanblk.com

Sean M. Golden, Esquire
Vandeventer Black LLP
707 E. Main St.
P.O. Box 1558
Richmond, VA 23218-1558
sgolden@vanblk.com

*Counsel for 5k Logistics, Inc.*

K. Lorraine Lord, Esquire
McGuire Woods LLP
901 East Cary Street
Richmond, VA 23219
llord@mcguirewoods.com

*Counsel for Dominion Resource Services, Inc.*

/s/
Robert G. Rothstein